# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRYANT VAUGHN

NO. 2019 KW 0890

AUG 14 2019

---

In Re:    Bryant   Vaughn,   applying   for   supervisory   writs,
          Ascension  Parish  Court,  Parish  of  Ascension,  No.
          577210.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

    **WRIT NOT CONSIDERED.**  Counsel failed to include a copy of
the photographs introduced by the State and considered by the
court at trial.   Therefore, this court cannot adequately review
the trial court's judgment.   See **City of Baton Rouge v. Plain**,
433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246,
78 L.Ed.2d 235 (1983); La. Code Crim. P. art. 912.1(C)(1).   The
writ application is not properly bound, and counsel failed to
include the telephone numbers of opposing counsel and the judge
in the affidavit.   See Uniform Rules of Louisiana Courts of
Appeal, Rule 4-5(A) & (B). Counsel failed to comply with Uniform
Rules 4-2 and 4-3, by failing to include documentation of a
timely request for an extension of the original May 24, 2019
return date.   Counsel also failed to comply with Rule 4-5(C)(3),
(8), and (10), by failing to note the status of the case, and by
failing to include a copy of the bill of information and the
pertinent court minutes, if any.   Supplementation of this writ
application and/or an application for rehearing will not be
considered.   See Uniform Rules of Louisiana Courts of Appeal,
Rules 2-18.7 & 4-9.   In the event counsel elects to file a new
application with this court, the application shall be filed on
or before September 20, 2019.   The application should include
the missing items noted above, proof of a timely request for an
extension of the original return date, and a copy of this
ruling.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT